IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HENRY LEE SPINKS
and BERNARDO KNIGHT,**

      Plaintiffs,

vs.                                                                          Case No. 4:06cv377-WCS

**AZTEC ENVIRONMENTAL, INC.,**

      Defendant.

_____/
.

### FINAL ORDER APPROVING SETTLEMENT

This case is before me for all further proceedings upon consent of the parties and referral by Chief Judge Hinkle.  Doc. 17.  The parties have filed a stipulated notice of settlement.  Doc. 27.

Accordingly, it is **ORDERED:**

1. The settlement is **APPROVED**.

2. The Clerk is **DIRECTED** to enter final judgment as follows:

    A.  Defendant shall pay Plaintiff Henry Lee Spinks $5,000.00 in resolution of all claims he has, or may have, against the Defendant.

   B.  Defendant shall pay Plaintiff Bernardo Knight $2,000.00 in resolution of all claims he has, or may have, against the Defendant.

   C.  Defendant shall pay attorneys fees of $4,000.00 to Plaintiff's counsel, Sean Culliton, Esq.

  **DONE AND ORDERED** on May 3, 2007.

          s/   William C. Sherrill, Jr.
          **WILLIAM C. SHERRILL, JR.**
          **UNITED STATES MAGISTRATE JUDGE**